Argued December 18, 1973, reversed and remanded January 7, reconsideration denied February 20, petition for review denied March 19, 1974

McCULLOM, *Respondent, v.* PERMANEER CORPORATION (No. 42109), *Appellant.*

517 P2d 707

*Jack Mattison,* Eugene, argued the cause for appellant. With him on the brief were Jaqua & Wheatley, Eugene.

*Richard Kropp,* Albany, argued the cause for respondent. With him on the brief were Emmons, Kyle, Kropp & Kryger, Albany.

Before Schwab, Chief Judge, and Langtry and Tanzer, Judges.

PER CURIAM.

REVERSED AND REMANDED. *Mendenhall v. SAIF,* 16 Or App 136, 517 P2d 706, Sup Ct *review denied* (1974).